```
                                FILED
                                December 1, 2011
                                CLERK, US DISTRICT COURT
                                EASTERN DISTRICT OF
                                CALIFORNIA
                                DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>v.                            )<br>                              )<br>JOHN C. JORDAN,               )<br>                              )<br>            Defendant.        ) | Case No. 2:11MJ00371-GGH-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOHN C. JORDAN__ , Case No. __2:11MJ00371-GGH-1__ , Charge __18USC § 1343, 1349, 2__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)    __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __December 1, 2011__ at __2:00 pm__ .

                By   /s/ Gregory G. Hollows
                    Gregory G. Hollows
                    United States Magistrate Judge

Copy 5 - Court